UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Elena Katz, et al

        v.                    Civil No. 10-cv-178-PB

Brian McVeigh, et al


O R D E R

To date, the Court has no record that service of the complaint has been effectuated in accordance with Federal Rule of Civil Procedure 4(m).  Additionally, counsel for the plaintiff has been granted ample time to comply with the Clerk's May 6, 2010 Order regarding visiting attorneys and, to date, has failed to take the necessary steps to be permitted to practice before this court.

For the above reasons, this case is herewith dismissed without prejudice.


SO ORDERED.


                                              */s/ Paul J. Barbadoro*
September 29, 2010                     Paul J. Barbadoro
                                            United States District Court Judge


cc:     Louis A. Piccone, Esq.